

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00192-CV

IN RE RANDLE C. DANIELS,                  RELATOR
TRUSTEE

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 2010-PR1205-1-A (& -B)

----------

### MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus, motion for temporary relief, and motion for confidentiality order, and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus, motion for temporary relief, and motion for confidentiality order are denied.

PER CURIAM

PANEL: MEIER, GABRIEL, and SUDDERTH, JJ.

DELIVERED: June 13, 2016

---

[1]See Tex. R. App. P. 47.4.